242 So.2d 576

**STATE of Louisiana**

**v.**

**Aldrich SIMONEAUX.**

No. 51098.

Jan. 13, 1971.

The showing made does not justify the exercise of our supervisory jurisdiction.

242 So.2d 576

**STATE of Louisiana ex rel. Wilbur Fred LEWIS**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

No. 51099.

Jan. 13, 1971.

Applicant is not entitled to the relief prayed for.